No. 74–5233. JONES *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–5250. HUDSPETH *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 74–5266. LOCKETT *v.* ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 74–5283. RODRIGUEZ-PRECIADO *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 74–5289. KRAPPATSCH, ADMINISTRATOR *v.* CAPPS ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–5301. RAMIREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5310. MARSHALL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5314. LAWRENCE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5315. MANJARRES-ARCE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5320. BAKER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–5321. BROWN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–5328. HALLAWAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.